UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEON HUFFMAN, and
SHARON HUFFMAN,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 6:23-cv-905-RMN

**UNITED STATES' UNOPPOSED MOTION
FOR PROTECTIVE ORDER AND
ORDER PERMITTING PRODUCTION OF CERTAIN RECORDS,
INCLUDING THOSE PROTECTED BY THE PRIVACY ACT, AND
ESTABLISHING SPECIFIED PROTECTIONS**

The United States requests that the Court enter an Order authorizing the United States to provide Plaintiffs with documents from the Federal Aviation Administration's Air Traffic Safety Action Program (ATSAP) and certain records of federal government employees that are protected by the Privacy Act, 5 U.S.C. §552a, subject to specified conditions that protect those documents from unauthorized disclosure. In support of this motion, the United States submits:

    1.    Plaintiffs' First and Second Sets of Discovery together seek all reports, statements and communications concerning the subject crash (RFP Nos. 1, 35). ATSAP reports are responsive to these requests. As to Plaintiff's

RFP No. 1,[1] the United States objected to production of ATSAP reports unless the Court ordered the production of the records and specified controls on the use and dissemination of the report. Without conceding the relevance of any information within the scope of this request, the parties have met, conferred, and agreed to seek an Order from the Court requiring the FAA to produce the ATSAP reports submitted by any FAA employee in connection with the accident that is subject to this lawsuit in this litigation, consistent with 49 U.S.C. § 40123, entitled "Protection of Voluntarily Submitted Information," and 14 C.F.R. pt. 193, and that will ensure that the parties treat the ATSAP reports as confidential and subject to the controls on their use, dissemination, and disclosure, and redactions as set forth in the proposed order accompanying this unopposed motion.

2. Plaintiffs' First Set of Discovery to Defendant (specifically production request Nos. 7 and 8) also requests production of training records for Jonathan Compton, an air traffic control specialist who communicated with the accident airplane, a Mooney M20K with registration number N9514R, on May 20, 2021. On November 1, 2023, the United States objected to the production of the above-referenced documents in its responses to Plaintiffs' First Request for Production of Documents, specifically RFP Nos. 7

---

[1] The United States responses to Plaintiffs' Second Request for Production are due on May 30, 2024.

and 8, because the Privacy Act[2] protects the documents and information responsive to these requests from disclosure absent a court order or other specified statutory exceptions. The responsive documents also contain personal information about the air traffic controllers. The Privacy Act provides, in pertinent part, that an agency shall not disclose these records to any "person . . . unless the disclosure of the record would be . . . pursuant to the order of a court of competent jurisdiction." 5 U.S.C. § 552a(b)(11).

3. The parties have met, conferred, and agreed that the United States may respond to Plaintiff's production request by producing the training files for Joshua Compton, provided that production is made pursuant to an Order of the Court, as contemplated by 5 U.S.C. § 552a(b)(11), which allows production to Plaintiff but also specifies controls on the use, dissemination, and disclosure of the documents.

4. Accordingly, the United States requests that the Court approve and enter the Proposed Protective Order so that the United States may

---

[2] The Privacy Act prohibits disclosure of "records" maintained by an agency about an individual that are contained in a "system of records," subject to certain exceptions. 5 U.S.C. § 552a(b). A "record" is "any item, collection, or grouping of information about an individual that is maintained by an agency . . . that contains his name . . . or other identifying particular assigned to the individual . . . ." *Id.* § 552a(a)(4). A "system of records" is "a group of any records under the control of any agency from which information is retrieved by the name of the individual or by some identifying number, symbol, or other identifying particular assigned to the individual." *Id.* § 552a(a)(5).

produce the previously-agreed subset of the documents requested subject to specified controls on use, dissemination, and disclosure, as set forth in the accompanying Proposed Order Permitting Production of Certain Records, Including those Protected by the Privacy Act, and Establishing Specified Protections.[3]

5. The United States has met and conferred with counsel for Plaintiffs and was advised that Plaintiffs do not oppose this motion.

---

[3] Section VII.B of the Middle District of Florida Handbook on Civil Discovery Practice urges the submission of a proposed protective order with a motion for stipulated protective order, but Local Rule 3.01(f) requires leave of court to file a proposed order. The United States can seek leave to file the proposed protective order should the Court find it necessary to do so.

May 7, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy*
*Assistant Attorney General*
*Civil Division*

ROGER B. HANDBERG
*United States Attorney*

ROBERT SOWELL
*Assistant United States Attorney*

  /s/ *Bradley J. Preamble*
BRADLEY J. PREAMBLE
*Trial Attorney*
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty
P.O. Box 14271
Washington, DC 20044-1471
Tel. (202) 616-4019
Fax (202) 616-4002
Email: bradley.j.preamble@usdoj.gov

*Attorney for Defendant*
*United States of America*

*Of Counsel*

REBECCA A. LIPE
*Attorney*
Federal Aviation Administration
Office of the Chief Counsel
Aviation Litigation Division
Washington, DC 20591

## CERTIFICATE OF SERVICE

      I certify that on May 7, 2024, I served the foregoing United States' Unopposed Motion for Protective Order and Order Permitting Production of Certain Records Including Those Protected by The Privacy Act, and Establishing Specified Protections via CM/ECF on the following counsel:

| | |
|---|---|
| DAVID I. KATZMAN, ESQ. | BRADLEY J. STOLL, ESQ. |
| Katzman, Lampert & Stoll | Katzman, Lampert & Stoll |
| 950 W. University Drive | 121 N. Wayne Avenue |
| Rochester, MI 48307 | Suite 205 |
| Tel. (248) 258-4800 | Wayne, PA 19087 |
| Fax (248) 258-2825 | Tel. (610) 686-9686 |
| Email: dkatzman@klm-law.com | Email: bstoll@klm-law.com |

*Attorneys for Plaintiffs*

      */s/ Bradley J. Preamble*
Bradley J. Preamble
Trial Attorney
U.S. Department of Justice